UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-229

UNITED STATES OF AMERICA )
) <u>ORDER ALLOWING DISMISSAL OF</u>
v. ) <u>CRIMINAL INFORMATION AND</u>
) <u>WITHDRAWAL OF ARREST WARRANT</u>
ISSA F. HANHAN )
)

Leave of court is granted for the filing of the foregoing dismissal.

__6-3-2010__
DATE:                               _____
                                    ROBERT B. JONES, JR.
                                    UNITED STATES MAGISTRATE JUDGE